**FILED**

JUN - 4 2004

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

_Lorene L. Kushner_                    _06596-068_

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg.# of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                    **CIVIL ACTION NO.** _1:04 - 0555_
                                        *(Number to be assigned by Court)*

_Alderson Federal Prison Camp_  _Federal Bureau of Prisons_
_P.O. Box A_                    _320 First St. NW_
_Alderson, WV  24910_            _Washington, DC_
                                        _20534_

_____

*(Enter above the full name of the defendant*
*or defendants in this action).*

## COMPLAINT

**I.    Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court
         dealing with the same facts involved in this action or
         otherwise relating to your imprisonment?

                    Yes _____          No _✓_

1

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs: _____ N/A _____

_____

_____

Defendants: _____ N/A _____

_____

_____

2.  Court (if federal court, name the district; if state court, name the county):

_____ N/A _____

_____

3.  Docket Number: _____ N/A _____

4.  Name of judge to whom case was assigned:

_____ N/A _____

5.  Disposition (for example: Was the case dismissed? Was it appealed?  Is it still pending?)

_____ N/A _____

_____

6.  Approximate date of filing lawsuit:_____ N/A _____

7.  Approximate date of disposition:_____ N/A _____

II.   **Place of Present Confinement:** _____

A.   Is there a prisoner grievance procedure in this institution?

Yes ✓             No _____

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____             No ✓

C.   If your answer is YES:

1.   What steps did you take?_____N/A_____

_____

2.   What was the result?_____N/A_____

_____

D.   If your answer is NO, explain why not: _I Already Tried to Get Help From MEDICAL But WAS IGNORED . PROPER CARE. THEY DENIED ME MY MEDICATION_

III.   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.   Name of Plaintiff: _LOReNe L. KUSHNER #06596-068_

Address: _AlDERSON FEDERAL Prison Camp. P.O. BOX A AlDERSON, WV 24910_

B.   Additional Plaintiffs and Address:_____

_Lorene L. KUSHNER_

_130 Owen ST._

_McKees Rocks, PA  15136_

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

C.     Defendant _Vanessa adams - warDen_____

~~is employed as~~ _warDen_ _____

at _AlDerson Federal Prison CAmp_

D.     Additional defendants: _N/A_____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheet if necessary).

I SElF SuRRenDereD TO the AlDerson Prison CAmp at 11:05 pm OCTober 28, 2003.  I came in STRung ouT on heroin AnD vaiuum.  I TolD THE C/o MRS michaels, IN Recieveing AnD Discharge at the time of my arrival.  I was Kept iN HolDing unTil THe NEXT MORNING.  I was then tAken To meDical.  I TolD ThE ATTENDING physician, DR. Garon TmT I was STill on Heroin.  They Gave me a physicAl

4

**IV. Statement of Claim (continued):**

and sent me to the Range. I was Given no Medication to come down. Also I told Dr. Garon that I was on Medication for Medical reasons. I was on propanol (Inderol) 3 Times a Day. (This is a Heart medication.), Plus Noroton And alavil. The staff at the Alderson Health center Refused to Give me any of these medications I repeatedly went to Medical for 10 days explaining That I needed this medication. I was very weak, Dizzy, Light Headed and sick to my stomach.

**V.   RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monitary For Pain And suffering $500,000. 00

I couldn't eat and could barely DRINK LIQUIDS.
I slept FOR the FIRST 4 Days continuously.
THE Next 6 Days, I was concious by MOSTLY
"out of it".  ON THE 11th Day, I went to
HSU (AIDERSON MEDICAL center) AND TOLD The
ATTENDING DOCTOR I wasn't feeling RIGHT. He
TOLD ME I had the FLU. I TRIED TO EXPLAIN That
I NEEDED my medication. I was IGNORED. I
went back TO THE Unit. At 1:30 pm, I TOLD the
C/o MRS. HEADRICKS I Felt really Bad, DIZZY AND
Very LIGHTHEADED. SHe called HSU And theNURSE
on Duty asked her to speak with me. When
I GOT on the phone, she told me to eat SALT
because it sounded Like my blood pressure was
Low, and Go lay down. I Did that And fell
asleep. At Around 4pm, I Got up out of bed,
walked into the HAll and was too WEAK to
STAND SO I ENDED up sitting Down in the HAll.
WHen I TRIED TO Get up to Return to my room,
I STOOD up and Passed out. I Fell FORWARD AND
smacked my Face on the concrete. Several INMATES
Put me in my Bed And IMMEDIATELY Got The
C/o MR. HARVEY. I was concious at this point
and he EXplained to me that I HAD A Deep
Gash above my EYE but that it wasn't bleeding
real bAd SO Don't "FREAK Out". He called
EMERGency, and anoTher C/o came to TAKE
me to HSU. WHen the C/o came to my room,
he told me to Get up and walk over to him

medication which I had initially begged to be put on. Undoubtedly, had the STAFF AT the alderson Prison Camp given me my medication when I first ask for it, none of this would have ever happened.

I continually have migraine headaches which I have never had until my accident. As it stands right now, I am physically scarred. Additionally, I AM EMOTIONALLY scarred as well. Initially when I came to prison, I was terrified of simply being here. Now however, I cannot even begin to explain my fear. Since being here, two other women in my dormitory have died from lack of medical care. I am so fearful that again something like this will happen to me. I know I was sentenced to spend time in prison, however I was not sentenced to recieve inadequate medical care. Based on the Negligence of the STAFF at alderson Prison Camp HSU, I believe I should be compensated for Physical and EMOTIONAL Distress I have been forced to Endure.

**V. Relief (continued)**

_____

_____

_____

_____

_____

**VII.   Counsel**

A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____N/A_____

B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No_✓___

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons:_____

_____

C.  Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No_✓___

If so, state the lawyer's name and address:

N/A

Signed this __13__ day of __May__ ,20_04_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
BARBARA A. HARRIS
FEDERAL PRISON CAMP
DEPARTMENT OF JUSTICE
ALDERSON, WV 24910
My Commission Expires December 7, 2009

_Lorene L. Kushner_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5-13-04_____
(Date)

_Lorene Kushner_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7